### Trotter *v.* Taylor.—In error.

THE plea of *non cepit* in replevin admits the property of the goods to be in the plaintiff, and denies only the taking of them in the place named in the declaration. Bull. 54.— Steph. Pl. 161.